UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Vs. | ] | No. 05 CR 327 |
| | ] | |
| FRANK ROMAN. | ] | Judge Matthew Kennelly |
| | ] | |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that on 02/08/06, I caused to be e-filed by ECF with the Clerk of the United States Court for the Northern District of Illinois, this Notice together with the attached pleadings, to wit: Defendant Frank Roman s Objections to the Government s Motions *In Limine*. Copies of which have been served upon you as an ECF filer.

    Respectfully submitted:


    /S/ Gerardo S. Gutierrez, Esq.


GERARDO S. GUTIERREZ
Attorney at Law
53 W. Jackson Ste. 1122
Chicago, IL 60604
(312) 786-9970
g8370172@sbcglobal.net

**CERTIFICATE OF SERVICE**

    Gerardo S. Gutierrez, attorney for the Defendant and undersigned, do swear and on oath depose that in accordance with F.R.Cr.P. 49 and Local Rule 5.5, that on this date, February 8, 2006, I caused to be served by the District Court s ECF system as to ECF filers a copy of the foregoing Notice and attached pleadings upon the United States Attorney s Office and two courtesy copies upon the United States Court, the Honorable Matthew Kennelly presiding judge, per instructions.

    /S/ Gerardo S. Gutierrez, Esq.